**No. P68/124.**—Gitkin Co. v. United States, protests 64/13409, etc. (New York).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of folding doors

similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997) or louvered folding doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiff was sustained.